METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
+1(732) 248-2355
mailbox@methwerb.com
Attorneys for Township of Fairfield, Rocco Palmieri, James Gasparini, John LaForgia, Allen Smallheer, Richard Mastrangelo, Joseph Catenaro, Lynn Centonze, Steven Gutkin and Louis Cammarata
Our File No. 67470 ELH

| | |
|---|---|
| MARTIN BRENNAN<br><br>Plaintiffs,<br><br>V.<br><br>ROCCO PALMIERI, JAMES GASPARINI, JOHN LAFORGIA, ALLEN SMALLHEER, RICHARD MASTRANGELO, JOSEPH CATENARO, DAVID PARIS, LYNN CENTONZE, STEVEN GUTKIN, LOUIS CAMMARATA, TOWNSHIP OF FAIRFIELD AND JOHN DOES 1 THROUGH 10<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 07-4364(FSH)<br><br>**ORDER EXTENDING DEADLINE FOR SUBMISSION OF PRETRIAL ORDER TO DECEMBER 16, 2008 AT 3:00 P.M.** |

**THIS MATTER** having come before the Court by informal application of the parties *dated December 11, 2008* and the Court having considered the matter and for good cause shown;

**IT IS** on this 12th day of December 2008;

**ORDERED** that the deadline for submission *to Chambers* of the parties' pretrial order be and is hereby extended to December 16, 2008 at 3:00 p.m.; and it is further

**ORDERED** that all other deadlines and scheduled events shall remain in full force and effect, including the Pretrial Conference scheduled before this Court on December 18, 2008 at 10:00 a.m. *Dates associated for motions for summary judgment shall be set at the Final Pretrial Conference*

_____
Hon. Patty Shwartz, U.S.M.J.